IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IRVING EDGAR MORA-NAPE,

    Petitioner,

v.                                                                     No. 2:21-cv-1123-KWR-SMV

UNITED STATES OF AMERICA,

    Respondent.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 4**) entered on **October 31, 2022**, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Hardship Credit for Hard Time Served (**Doc. 1**) is **DENIED**, except that any request for relief under 28 U.S.C. § 2241 or 42 U.S.C. § 1983 is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**